■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH QUIGLEY, Appellant. [668 NYS2d 517] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Howe, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Lawton, Balio, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GAULT, Also Known as POOH, Appellant. [668 NYS2d 517] —Judgment unanimously affirmed (see, People v Coleman [appeal No. 1], 219 AD2d 827). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Possession Weapon, 2nd Degree.) Present—Denman, P. J., Lawton, Balio, Boehm and Fallon, JJ.